**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Keri Tywarren TARTT, Defendant–Appellant.**

**No. 07–14900**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 16, 2008.

Sam Holmes, Birmingham, AL, for Defendant–Appellant.

Before CARNES, BARKETT and COX, Circuit Judges.

PER CURIAM:

Samuel R. Holmes, appointed counsel for Keri Tywarren Tartt, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Tartt's conviction and sentence is **AFFIRMED.**